# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:08CR3074 |
| v. | ) | |
| CHRISTINA M. CAMPBELL, | ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |

Because the defendant received a statutory minimum sentence in 2008 (filing no. 37) and because the Fair Sentencing Act is not retroactive regarding the triggering amounts for statutory minimum sentences,

IT IS ORDERED that the motion to reduce sentence under 2011 crack cocaine Guideline amendment (filing no. 41) is denied.

DATED this 23rd day of March, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge